# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IDRIS AHMAD ABDU QADIR IDRIS,<br>ISN 035,<br>  Petitioner,<br><br>  v.<br><br>BARACK H. OBAMA, et al.<br><br>  Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 09-cv-745 (RCL)

**FILED**

JUN - 2 2011

**Clerk, U.S. District & Bankruptcy Courts for the District of Columbia**

## [Proposed] ORDER

Upon consideration of Respondents' Motion to Deem Protected Information Highlighted in the Accompanying Proposed Public Factual Return for ISN 035, and a review of that proposed public factual return, it is hereby ORDERED that Respondents' motion is granted. The information identified by Respondents with green or grey highlighting in the version of the factual return submitted under seal to the Court is deemed protected, pursuant to paragraphs 10 and 34 of the Protective Order governing this proceeding. It is further ORDERED that Respondents file on the public record, through the Court's Electronic Case Filing system, a public version of the factual return from which the information that was highlighted in green or grey in the proposed public version submitted to the Court has been redacted.

It is SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on ___6 / 1 /11___.